UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ARNOLD ANDERSON, | Case No. 2:17-cv-02070-APG-NJK |
| Plaintiff(s), | **Order** |
| v. | (Docket No. 7) |
| GILBERTO VALENZUELA, et al., | |
| Defendant(s). | |

Pending before the Court is a motion to issue summons. Docket No. 7. Concurrently herewith, the undersigned is issuing a report and recommendation that the damages claim for unlawful search and false arrest be stayed pending completion of Plaintiff's criminal case in state court, and that the claims related to prison conditions and for ineffective assistance of counsel be dismissed without prejudice. Accordingly, the motion to issue summons is **DENIED** as premature.

IT IS SO ORDERED.

Dated: October 2, 2017

Nancy J. Koppe
UNITED STATES MAGISTRATE JUDGE