# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ARNOLD ANDERSON,

      Plaintiff(s),

v.

GILBERTO VALENZUELA, et al.,

      Defendant(s).

Case No. 2:17-cv-02070-APG-NJK

**ORDER**

(Docket No. 11)

      Pending before the Court is a motion for reconsideration. Docket No. 11. Motions for reconsideration are disfavored. Local Rule 59-1(b). The Local Rules provide the applicable standards in addressing whether the Court should reconsider an interlocutory order. In particular, reconsideration may be appropriate if (1) there is newly discovered evidence that was not available when the original motion or response was filed, (2) the court committed clear error or the initial decision was manifestly unjust, or (3) if there is an intervening change in controlling law. Local Rule 59-1(a). The pending motion fails to meet these standards, and is **DENIED**.

      Plaintiff's motion is premised on his fear that he will not be afforded an opportunity to serve Defendants in the event his case is allowed to proceed following completion of his criminal case in state

court. *See* Docket No. 11. In the event the stay of this case is lifted and the Court determines that Plaintiff's case can proceed, the Court will afford a period for service to be completed.[1]

IT IS SO ORDERED.

DATED: October 17, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1] Plaintiff's case may be dismissed upon completion of his criminal case if he is convicted. *See* Docket No. 8 at 3 (citing *Heck v. Humphrey*, 512 U.S. 477 (1994)).