# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

ARNOLD ANDERSON,

       Plaintiff(s),

v.

GILBERTO VALENZUELA, et al.,

       Defendant(s).

Case No.: 2:17-cv-02070-APG-NJK

**ORDER**

[Docket Nos. 17-18]

Pending before the Court are Plaintiff's motions seeking a ruling on whether he can proceed on his proposed second amended complaint. Docket Nos. 17-18. Concurrently herewith, the undersigned issuing a report and recommendation that the case be dismissed. Accordingly, the motions seeking a ruling are **DENIED** as moot.

IT IS SO ORDERED.

Dated: June 14, 2018

                                      _____
Nancy J. Koppe
United States Magistrate Judge

1